# Exhibit B

4/27/22, 3:46 PM
FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States | FDA
Case 0:24-cv-60294-AHS Document 1-3 Entered on FLSD Docket 02/21/2024 Page 2 of 4

**FDA NEWS RELEASE**

# FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States

**For Immediate Release:**

February 18, 2022

Español (/news-events/press-announcements/la-fda-alerta-al-publico-sobre-productos-potencialmente-contaminados-de-las-tiendas-family-dollar-en)

Today, the U.S. Food and Drug Administration is alerting the public that several categories of FDA-regulated products purchased from Jan. 1, 2021, through the present from Family Dollar stores in Alabama, Arkansas, Louisiana, Mississippi, Missouri and Tennessee may be unsafe for consumers to use. The impacted products originated from the company's distribution facility in West Memphis, Arkansas, where an FDA inspection found insanitary conditions, including a rodent infestation, that could cause many of the products to become contaminated. The FDA is working with the company to initiate a voluntary recall (/safety/recalls-market-withdrawals-safety-alerts/family-dollar-stores-issues-voluntary-recall-certain-fda-regulated-products-six-states-including) of the affected products.

**"Families rely on stores like Family Dollar for products such as food and medicine. They deserve products that are safe," said Associate Commissioner for Regulatory Affairs Judith McMeekin, Pharm.D. "No one should be subjected to products stored in the kind of unacceptable conditions that we found in this Family Dollar distribution facility. These conditions appear to be violations of federal law that could put families' health at risk. We will continue to work to protect consumers."**

This alert covers FDA-regulated products (https://www.fda.gov/industry/import-basics/regulated-products) purchased from Family Dollar stores in those six states from Jan. 1, 2021, through the present. Some examples of these products include human foods (including dietary supplements (vitamin, herbal and mineral supplements)), cosmetics (skincare products, baby oils, lipsticks, shampoos, baby wipes), animal foods (kibble, pet treats, wild bird seed), medical devices (feminine hygiene products, surgical masks, contact lens cleaning solutions, bandages, nasal care products) and over-the-counter (OTC) medications (pain medications, eye drops, dental products, antacids, other medications for both adults and children).

Consumers are advised not to use and to contact the company regarding impacted products. The agency is also advising that all drugs, medical devices, cosmetics and dietary supplements, regardless of packaging, be discarded. Food in non-permeable packaging (such as undamaged glass or all-metal cans) may be suitable for use if thoroughly cleaned and sanitized

4/27/22, 3:46 PM                          FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States | FDA

Case 0:24-cv-60294-AHS   Document 1-3   Entered on FLSD Docket 02/21/2024   Page 3 of 4

(https://www.fda.gov/animal-veterinary/animal-health-literacy/how-handle-food-products-have-been-exposed-filth). Consumers should wash their hands (https://www.cdc.gov/handwashing/when-how-handwashing.html) immediately after handling any products from the affected Family Dollar stores.

Consumers who recently purchased affected products should contact a health care professional immediately if they have health concerns after using or handling impacted products. Rodent contamination (https://www.cdc.gov/rodents/diseases/direct.html) may cause *Salmonella* and infectious diseases, which may pose the greatest risk to infants, children, pregnant women, the elderly and immunocompromised people.

Following a consumer complaint, the FDA began an investigation of the Family Dollar distribution facility in West Memphis, Arkansas, in January 2022. Family Dollar ceased distribution of products within days of the FDA inspection team's arrival on-site and the inspection concluded on Feb. 11. Conditions observed during the inspection included live rodents, dead rodents in various states of decay, rodent feces and urine, evidence of gnawing, nesting and rodent odors throughout the facility, dead birds and bird droppings, and products stored in conditions that did not protect against contamination. More than 1,100 dead rodents were recovered from the facility following a fumigation at the facility in January 2022. Additionally, a review of the company's internal records also indicated the collection of more than 2,300 rodents between Mar. 29 and Sep. 17, 2021, demonstrating a history of infestation.

## Related Information

- Recalls, Market Withdrawals & Safety Alerts (https://www.fda.gov/safety/recalls-market-withdrawals-safety-alerts)
- Report a Problem to the FDA (https://www.fda.gov/safety/report-problem-fda)

###

The FDA, an agency within the U.S. Department of Health and Human Services, protects the public health by assuring the safety, effectiveness, and security of human and veterinary drugs, vaccines and other biological products for human use, and medical devices. The agency also is responsible for the safety and security of our nation's food supply, cosmetics, dietary supplements, products that give off electronic radiation, and for regulating tobacco products.

## Inquiries

**Media:**

✉ Audra Harrison (mailto:audra.harrison@fda.hhs.gov)
📞 301-908-6101

4/27/22, 3:46 PM
FDA Alerts the Public to Potentially Contaminated Products from Family Dollar Stores in Six States | FDA

Case 0:24-cv-60294-AHS Document 1-3 Entered on FLSD Docket 02/21/2024 Page 4 of 4

**Consumer:**

📞 888-INFO-FDA

 More Press Announcements (/news-events/newsroom/press-announcements)