# Exhibit C

2/20/24, 10:26 AM Family Dollar Stores Issues Voluntary Recall of Certain FDA-Regulated Products in Six States Including Drugs, Devices, Cosmet…

Case 0:24-cv-60294-AHS Document 1-4 Entered on FLSD Docket 09/21/2024 Page 2 of 5

COMPANY ANNOUNCEMENT

# Family Dollar Stores Issues Voluntary Recall of Certain FDA-Regulated Products in Six States Including Drugs, Devices, Cosmetics, Foods

> When a company announces a recall, market withdrawal, or safety alert, the FDA posts the company's announcement as a public service. FDA does not endorse either the product or the company.
>
> Read Announcement

## Summary

**Company Announcement Date:**

February 18, 2022

**FDA Publish Date:**

February 18, 2022

**Product Type:**

Animal & Veterinary
Cosmetics
Dietary Supplements
Drugs
Food & Beverages
Medical Devices

**Reason for Announcement:**

Potential Salmonella contamination and presence of rodent activity at the distribution center

**Company Name:**

Family Dollar, Inc.

**Brand Name:**

Numerous brand names

**Product Description:**

Numerous human food, animal (pet) food, medical devices, and drug products

## Company Announcement

Family Dollar, Inc. is initiating a voluntary retail level product recall of certain products regulated by the U.S. Food and Drug Administration (FDA) that were stored and shipped to 404 stores from Family Dollar Distribution Center 202 in West Memphis, Arkansas from January 1, 2021 through the present due to the presence of rodents and rodent activity at Family Dollar Distribution Center 202.

There are numerous hazards associated with rodents including the potential presence of Salmonella. Use or consumption of affected products may present risk of illness due to the potential presence of Salmonella, an organism which can cause serious and sometimes fatal infections in infants, young children, frail or elderly people, pregnant persons, persons with pre-existent pathology (e.g., patients with cancer undergoing chemotherapy treatments, organ transplant recipient, etc.) and others with weakened immune systems. Healthy persons infected with Salmonella often experience fever, diarrhea (which may be bloody), nausea, vomiting and abdominal pain. In rare circumstances, infection with Salmonella can result in the organism getting into the bloodstream and producing more severe illnesses such as arterial infections (i.e., infected aneurysms), endocarditis and arthritis.

To date, Family Dollar is not aware of any consumer complaints or reports of illness related to this recall.

Products covered by this retail level recall include all: (i) drugs; (ii) medical devices; (iii) cosmetics; (iv) dietary supplements; and (v) human and animal (pet) food products. The recall does not apply to products shipped directly to the stores by the distributor or manufacturer, such as all frozen and refrigerated items. The 404 stores to which this recall applies are listed on the attached schedule. The recall does not apply to other store locations.

Family Dollar is notifying its affected stores by letter asking them to check their stock immediately and to quarantine and discontinue the sale of any affected product. Customers that may have bought affected product may return such product to the Family Dollar store where they were purchased without receipt.

Customers with questions regarding this recall may contact Family Dollar Customer Service at 844-636-7687 between 9am and 5pm EST. Customers should contact their physician or health care provider if they have experienced any problems that may be related to using these products. Customers with concerns about their pets who have eaten the recalled animal food products should contact their veterinarian.

Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax.

2/20/24, 10:26 AM
Family Dollar Stores Issues Voluntary Recall of Certain FDA-Regulated Products in Six States, Including Drugs, Devices, Cosmet…

Case 0:24-cv-60294-AHS   Document 1-1   Entered on FLSD Docket 02/21/2024   Page 4 of 5

- Complete and submit the report Online (/safety/medwatch-fda-safety-information-and-adverse-event-reporting-program/reporting-serious-problems-fda)

- Regular Mail or Fax: Download form (/safety/medical-product-safety-information/medwatch-forms-fda-safety-reporting) or call 1- 800-332-1088 to request a reporting form, then complete and return to the address on the pre-addressed form, or submit by fax to 1-800-FDA-0178

This recall is being conducted with the knowledge of the U.S. Food and Drug Administration.

**About Family Dollar**

For more than 60 years, Family Dollar has been providing value and convenience to customers in easy-to-shop neighborhood locations. Family Dollar's mix of name brands, and quality, private brand merchandise appeals to shoppers in approximately 8,000 stores in rural and urban settings across 48 states. Helping families save on the items they need with everyday low prices creates a strong bond with customers who refer to their neighborhood store as "my Family Dollar." Family Dollar is a wholly-owned subsidiary of Dollar Tree, Inc. headquartered in Chesapeake, Virginia. For more information, please visit FamilyDollar.com.

Dollar Tree, Inc.
Kayleigh Campbell, kayleigh_campbell@dollartree.com (mailto:kayleigh_campbell@dollartree.com)

Family Dollar List of Affected Stores (/media/156367/download?attachment)

FDA News Release (https://www.fda.gov/news-events/press-announcements/fda-alerts-public-potentially-contaminated-products-family-dollar-stores-six-states)

---

## Company Contact Information

**Consumers:**

Family Dollar Customer Service

📞 844-636-7687

Was this helpful?  [Yes]  [No]

2/20/24, 10:26 AM   Family Dollar Stores Issues Voluntary Recall of Certain FDA-Regulated Products in Six States, Including Drugs, Devices, Cosmet…

Case 0:24-cv-60294-AHS   Document 1-4   Entered on FLSD Docket 02/21/2024   Page 5 of 5

 More Recalls, Market
Withdrawals, &
Safety Alerts (/safety/recalls-market-withdrawals-safety-alerts)