# Exhibit D

COMPANY ANNOUNCEMENT

# Voluntary Recall of Certain Over-the-Counter Products

When a company announces a recall, market withdrawal, or safety alert, the FDA posts the company's announcement as a public service. FDA does not endorse either the product or the company.

Read Announcement

## Summary

**Company Announcement Date:**

July 21, 2022

**FDA Publish Date:**

July 21, 2022

**Product Type:**

Drugs

**Reason for Announcement:**

Products stored outside of temperature requirements

**Company Name:**

Family Dollar

**Brand Name:**

Multiple brands

**Product Description:**

Multiple OTC Medical Products

## Company Announcement

Family Dollar is initiating a voluntary retail level product recall of certain products regulated by the U.S. Food and Drug Administration (FDA) that were stored and inadvertently shipped to certain stores on or around May 1, 2022 through June 10, 2022 due to product being stored outside of labeled temperature requirements.

To date, Family Dollar has not received any consumer complaints or reports of illness related to this recall.

A list of the recalled products is attached. This recall goes to the retail store level.

Family Dollar has notified its affected stores asking them to check their stock immediately and to quarantine and discontinue the sale of any affected product. Customers that may have bought affected product may return such product to the Family Dollar store where they were purchased without receipt. This recall does not apply to Delaware, Alaska, Hawaii as no Family Dollar stores in Delaware received any products subject to this recall and Family Dollar does not have any stores in Alaska or Hawaii.

Customers with questions regarding this recall may contact Family Dollar Customer Service at 844-636-7687 between 9am and 5pm EST. Customers should contact their physician or health care provider if they have experienced any problems that may be related to using these products.

Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax.

- Complete and submit the report **Online:** www.fda.gov/medwatch/report.htm (/safety/medwatch-fda-safety-information-and-adverse-event-reporting-program/reporting-serious-problems-fda)
- **Regular Mail or Fax:** Download form www.fda.gov/MedWatch/getforms.htm (/safety/medical-product-safety-information/medwatch-forms-fda-safety-reporting) or call 1-800-332-1088 to request a reporting form, then complete and return to the address on the pre-addressed form, or submit by fax to 1-800-FDA-0178
- https://www.fda.gov/safety/report-problem-fda (/safety/report-problem-fda)


List of Recalled Products (/media/160146/download?attachment)

Link to Expanded Press Release (/safety/recalls-market-withdrawals-safety-alerts/voluntary-recall-certain-colgate-products-sold-family-dollar-stores-because-they-were-stored-outside)

Link to 2nd Expansion Press Release (/safety/recalls-market-withdrawals-safety-alerts/voluntary-recall-certain-over-counter-products-sold-family-dollar-stores-because-they-were-stored)

# Company Contact Information

**Consumers:**

Family Dollar Customer Service

📞 844-636-7687

Was this helpful?   [ Yes ]   [ No ]

◉ More Recalls, Market
Withdrawals, &
Safety Alerts (/safety/recalls-market-withdrawals-safety-alerts)

**Recalled Products**

| | |
|---|---|
| 900205 | Dayquil Liquid Cold & Flu 12FL OZ |
| 900448 | Ready In Case Cetrizine Allergy All Day Tablet 5 Count |
| 900449 | Quality Plus Diphenhydramine Allergy Mini Tablet 12 Count |
| 900523 | Ready In Case Night Time Cold Flu Relief Soft Gels 8 Count |
| 900596 | Colgate Max Fresh Clean Mint Toothpaste 1.9 OZ |
| 900733 | Listerine Coolmint Mouthwash 250 mL |
| 900734 | Colgate Cavity Protection 3 Pack 6 OZ |
| 901003 | Sensodyne Repair and Protect Whitening Toothpaste |
| 901379 | Guardian Antacid Extra Strength Tablet Fruit 96 Count |
| 901452 | Arthritis Hot Crème 3 OZ |
| 901457 | Ready In Case Sleep Aid Soft Gel 32 Count |
| 901658 | Colgate Baking Soda Peroxide Whitening Toothpaste Brisk Mint 2 Pack 6 oz |
| 901785 | Colgate Max Fresh Cool Mint Toothpaste 2 Pack 6 oz |
| 902012 | Alka Seltzer Plus Day or Night Liquid Gel 20 Count |
| 902143 | Colgate Baking Soda Peroxide Whitening Toothpaste Brisk Mint 3Pack 6 oz |
| 902270 | Ready In Case Rubbing Alcohol 91% 16 FL OZ |
| 902321 | Guardian Bismuth Chewable Cherry Tabs 30 Count |
| 902322 | Guardian Antacid Ultra Strength 1000 Fruit 72 Count |
| 902381 | Ready In Case Pain Reliever PM Caplet 100 Count |
| 902701 | Crest Complete Scope Outlast Toothpaste 2 Pack 5.4 OZ |
| 902704 | Crest Scope Outlast Mint Mouthwash 1 Liter |
| 902929 | Lidocain Arthritis and Sport Wintergreen Alcohol 16 FL OZ |
| 902967 | Colgate Total Whitening Toothpaste 4.8 OZ |
| 903365 | Pepcid Complete Chewaable Tablets Berry 8 Count |
| 903432 | Orajel Gum Pain Relief Gel 0.125 OZ |
| 903463 | Crest 3D White Brilliance Toothpaste Charcoal 3.9 OZ |
| 905026 | Colgate Baking Soda Peroxide Whitening Gel Frosty Mint 6 OZ |
| 905028 | Arm & Hammer Complete Care Baking Soda Peroxide Toothpaste 6 OZ |
| 905703 | Colgate Baking Soda Peroxide Whitening Paste Brisk Mint 2.5 OZ |
| 907121 | Colgate Baking Soda Peroxide Paste Brisk Mint 6 OZ |
| 907125 | Crest Baking Soda Peroxide Whitening Toothpaste Fresh Mint 5.7 OZ |
| 907151 | Colgate Sparkling White Mint Zing 2.5 OZ |
| 907766 | Arm & Hammer Advanced Whitening Toothpaste 4.3 FL OZ |
| 907839 | Colgate Max Fresh Cool Mint Toothpaste 6 OZ |
| 907872 | Crest Complete Scope Outlast Toothpaste 5.4 OZ |
| 908114 | Swan Mouthwash Green Mint 1 LTR |
| 909221 | Ready In Case Hydrogen Peroxide 16 FL OZ |
| 910325 | Good Sense Hemorroid Ointment 2 OZ |
| 910721 | Swan Petroleum Jelly 7.5 OZ |
| 910726 | Baby Love Petroleum Jelly 13 OZ |

| | |
|---|---|
| 911030 | Icy Hot Patch 1 Count |
| 914001 | Jet Alert Caffiene Tablets 30 Count |
| 914109 | Guardian Antacid Extra Strength Tablet Berry 96 Count |
| 914325 | Ready In Case Bismuth Maximum Strength 8 FL OZ |
| 914726 | Guardian Antacid Tablet Regular Strength Fruit 150 Count |
| 915000 | Gericare Milk of Magnesia Cherry 12 FL OZ |
| 915623 | Gericare Milk of Magnesia Mint 12 FL OZ |
| 915626 | Natureplex Enema 2 Pack 4.5 FL OZ |
| 915632 | Good Sense Anti Diarrheal Loperamide Caplet 12 Count |
| 916001 | Quality Plus Sinus Congestion 24 Tablets |
| 916003 | Quality Plus Allergy Relief 25 mg 48 Mini Tablets |
| 916079 | Dulcolax 5 MG 25 Tablets |
| 916918 | Quality Plus Multi Symptom Allergy |
| 917000 | Ready In Case Stool Softener Soft Gel 100 Count |
| 917523 | Good Sense Nighttime Cold & Flur Relief Cherry 12 FL OZ |
| 920205 | Icy Hot Muscle Rub 1.25 OZ |
| 939212 | Ready In Case Miconazole 7 Day 1.59 oz |
| 998200 | Colgate Max Fresh Cool Mint Toothpaste 3 Pack 6.3 OZ |
| 998250 | Dr. Scholls Anti-Fungal Spray Powder 4.7 OZ |
| 998273 | Colgate Peroxyl Antiseptic Mouth Sore Rinse 8.4 FL OZ |
| 998278 | Colgate Optic White Stain Fighter Toothpaste 4.2 OZ |
| 998384 | Dr. Scholls Clear Away Wart Remover 20 Count |
| 998431 | Dr. Scholls Callus Remover Pads 4 Count |
| 998751 | Icy Hot No Mess Pain Relief Liquid 1.5 OZ |
| 998881 | Colgate Max Fresh Whitening Charcoal Toothpaste 6 OZ |
| 998890 | Novelty Hand Sanitizer with Silicone Wrap |
| 998902 | Colgate Charcoal Toothpaste 2.2 OZ |
| 998908 | Disney Licensed Antibacterial Wipes 20 Count |
| 999026 | Ready In Case Sleep Aid 64 Count |
| 999286 | Crest 3D White Stain Eraser 2 Pack 3.1 OZ |
| 999318 | Colgate Essentials Charcoal Toothpaste 4.6 OZ |
| 999330 | Novelty Hand Sanitizer Assorted |
| 999394 | Motrin Ibuprofen 24 Caplets |
| 999488 | Vicks Vapocool Severe Medicated Drops 18 Count |
| 999498 | Colgate Total Cleanmint Toothpaste 4.8 OZ |
| 999633 | Colgate Optic White Stain Fighter Clean Mint Toothpaste 2 Pack 4.2 OZ |
| 999747 | Ready In Case 70% Isopropyl Alcohol 32 FL OZ |
| 999750 | Colgate Optic Stain Fighter Clean Mint 4.2 OZ |
| 999845 | Guardian Chewable Smoothie Berry Fusion 60 Count |
| 999852 | Aspercreme with Lidocaine Crème 1.75 OZ |
| 999853 | Icy Hot Lidocaine Cream 1.75 OZ |

| | |
|---|---|
| 999916 | Colgate Deep Clean Gel Toothpaste 2.5 OZ |
| 999983 | Zarbees Natural Child Cough and Mucus Relief Syrup Grape 4 FL OZ |
| 999984 | Zarbees Natural Baby Cough and Mucus Relief Syrup Grape 2 FL OZ |
| 1401732 | Dawn Antibacterial Dish Soap Apple Blossom 6.5 FL OZ |
| 1499289 | Homeline Ultra Green Dish Soap 28 FL OZ |
| 2004504 | Suave Invisible Deodorant Solid Powder 1.2 OZ |
| 2004622 | Suave Anti-Perspirant Invisible Solid Sweet Pea 1.2 OZ |
| 2005090 | Softsoap Antibacterial Liquid Hand Soap 11.25 FL OZ |
| 2005184 | Lady Speed Stick Anti-Perspirant Deodorant Wild Freesia 1.4 OZ |
| 2005726 | Daily Results Dandruff 2N1 Shampoo Clean Apple 13.5 FL OZ |
| 2006512 | Suave 2N1 Mens Classic Clean Anti Dandruff Shampoo 28 FL OZ |
| 2006819 | Purell Hand Sanitizer Essentials 1 FL OZ |
| 2007524 | Banana Boat Sport Clear Sunscreen Spray SPF 50 6 FL OZ |
| 2007538 | Antibacterial Wipes 40 Count |
| 2007700 | Dial Liquid Hand Soap White Tea and Vitamin E 7.5 FL OZ |
| 2007708 | Softsoap Liquid Crisp Clean Hand Soap Antibacterial Orange 50 FL OZ |
| 2007723 | Luxury Hand Sanitizer 16.9 FL OZ |
| 2007787 | St Ives Blackhead Clearing Green Tea Scrub 6 OZ |
| 2024219 | Ambi Skin Cream Oily 2 FL OZ |
| 2024222 | Ambi Skin Cream Normal 2 FL OZ |
| 2024652 | Mane N Tail 2 In 1 Anti-Dandruff 12 FL OZ |
| 2028126 | Suave Anti-Perspirant Deodorant Powder 2 Pack 2.6 OZ |
| 2028363 | Secret Invisible Solid Powder Fresh Deodorant 2 Pack 2.1 OZ |
| 2028365 | Lady Speed Stick Anti-Perspirant Invisible Powder Deodorant 1.4 OZ |
| 2028378 | Degree Invisible Solid Extreme Blast 2 Pack 2.7 OZ |
| 2028538 | Secret Invisible Deodorant Shower Fresh 2.1 OZ |
| 2028544 | Suave Deodorant Tropical Paradise 1.2 OZ |
| 2095889 | Secret Deodorant Dry Spray White Peach Argan Oil 4.1 OZ |
| 2095896 | Secret Deodorant Dry Spray Wild Rose Oil 4.1 OZ |
| 2096030 | Dial Mens Eucalyptus Antibacterial Nody Wash 20 FL OZ |
| 2096102 | Suntone Sport Sunscreen Spray SPF 50 5.5 OZ |
| 2096111 | Hawaiian Tropic Tanning Oil Spray Pump SPF25 8 FL OZ |
| 2096117 | Banana Boat Sport Ultramist Sunscreen Spray SPF65 6 OZ |
| 2096469 | Suave Hand Sanitizer Lotion 3 FL OZ |
| 2097153 | Ambi Exfoliating Wash 5OZ |
| 2097272 | Head and Shoulders 2 in 1 Smooth & Silky 12.8 FL OZ |
| 2097440 | Spa Soap Antibacterial Gold Liquid Hand Soap Pump 20.2 FL OZ |
| 2097635 | Coppertone Waterbabies Sunscreen Lotion SPF 50 8 FL OZ |
| 2097636 | Coppertone Sport Sunscreen Spray SPF 50 5.5 OZ |
| 2098068 | Dermasil Dry Skin Treatment 10 OZ |
| 2099592 | Banana Boat Sport Sunscreen Lotion SPF 50 8 FL OZ |

| | |
|---|---|
| 2099968 | Dove Advanced Cool Essentials Deodorant 2.6 OZ |
| 900353 | Crest Tartar Protection Toothpaste 5.7 OZ |
| 900556 | Good Sense Ibuprofen 200 MG 24 Tablets |
| 900559 | Ready In Case Acetaminophen PM 24 Caplets |
| 900911 | T.N. Dickinson Witch Hazel 16 FL OZ |
| 901600 | Tylenol Child Grape Syrup 4 FL OZ |
| 901738 | Benadryl D Child Allergy and Sinus Syrup Grape 4 FL OZ |
| 902063 | Pepcid AC Maximum Strength 25 Tablets |
| 902260 | Good Sense Hemorrhoidal Wipes 48 Count |
| 902332 | Good Sense Pain Reliever Acetaminophen 500 MG 250 Caplets |
| 902333 | Good Sense Ibuprofen 200 MG 50 Caplets |
| 902493 | Ready In Case Stool Softener 100 Count |
| 903037 | Ready In Case Cold & Flu Daytime Liquid 16 Caplets |
| 903048 | Motrin Children's Bubblegum Syrup 4 FL OZ |
| 903152 | Colgate Total Whitening Gel Toothpaste 2 Pack 4.8 OZ |
| 903367 | Vicks Dayquil Nyquil Liquid Combo Pack 6 FL OZ |
| 903372 | Mucinex Fastmax Cold & Flu 4 Caplets |
| 906120 | Blistex Lip Medex Tin .25OZ |
| 907327 | Crest Cavity Protection Toothpaste 5.7OZ |
| 910122 | Blistex Lip Balm .15OZ |
| 910167 | Cortizone 10 Crème .5 OZ |
| 910320 | Natureplex Triple Antibiotic Ointment 1 OZ |
| 910334 | Four Star Clotrimazole Anti Fungal Cream .5 OZ |
| 912976 | Desitin Creamy Ointment 2 FL OZ |
| 913018 | Good Sense Sore Throat Spray Cherry 6 FL OZ |
| 913104 | Tylenol Child Cherry Syrup 4 FL OZ |
| 913982 | Ready In Case PM Pain Reliever 50 Caplets |
| 913990 | Family Wellness Chewable Aspirin 36 Tablets |
| 914324 | Pepto Bismol Original 8 FL OZ |
| 919667 | Vicks Vaporub 1.76 OZ |
| 998211 | My Choice Levonorgestel Tablet |
| 998708 | Voltaren Arthritis Pain Relief Gel 20G |
| 998844 | Best Health Honey Lemon Cough Drop 80 Count |
| 998852 | Blistex Lip Medex Pot .38 oz |
| 998899 | Dr. Ready Fiber Capsules 100 Count |
| 999050 | Listerine Cool Mint Mouthwash 50.72 FL OZ |
| 999108 | Tylenol Infant Drops Dye Free Cherry 1 OZ |
| 999246 | Hylands For Kids Cold & Mucus Relief 4 FL OZ |
| 999368 | Zyrtec Childrens Grape 4 FL OZ |
| 999373 | Good Sense Ibuprofen Regular Softgels 160 Count |
| 999553 | Johnson's Baby's First Touch Gift Set 4 Piece |

| | |
|---|---|
| 999760 | Crest Pro Health Whitening Gel Toothpaste 4.6 OZ |
| 999843 | Swan Povidone-Iodine Solution 4 FL OZ |
| 1414248 | Dawn Ultra Antibacterial Apple Blossom Dishwashing Liquid 56 OZ |
| 2005121 | Modesa 2-in-1 Dandruff Shampoo and Conditioner 23.7 FL OZ |
| 2005168 | Old Spice Red Collection Swagger Men's Deodorant 3 Oz |
| 2005531 | Modesa Medicated Dandruff Shampoo 11 FL OZ |
| 2006432 | Hawaiian Tropic Sheer Touch Sunscreen Lotion SPF 30 8 FL OZ |
| 2007523 | Banana Boat Kids Sunscreen Mist Spray SPF 100 6 OZ |
| 2007730 | Old Spice High Endurance Fresh Deodorant 2 Pack 2.4 OZ |
| 2032021 | Clean & Clear Blackhead Scrub 5 Oz |
| 2044098 | Dial Foaming Liquid Hand Soap Power Berries 7.5 FL OZ |
| 2096096 | Suntone Kids Sunscreen Spray SPF 50 6 OZ |
| 2096628 | Ambi Nourishing Daily Facial Moisturizer 1.7 OZ |
| 2097632 | Neutrogena Beach Defense Sunscreen Spray SPF 70 |
| 2097655 | Banana Boat Kids Sport Sunscreen Spray SPF 50 6 FL OZ |
| 2097794 | Banana Boat Dry Oil Mist Sunscreen Spray SPF 15 6 OZ |
| 2098900 | Secret Outlast Clean Lavender Gel Deodorant 2.6 OZ |
| 2099110 | Head and Shoulders Classic Clean 2-in-1 Shampoo 13.5 OZ |
| 2099254 | Old Spice Bearglove Deodorant 2.6 OZ |
| 900273 | Swan Spring Mint Antiseptic Mouth Rinse 8.5 OZ |
| 900938 | Swan Original Antiseptic Mouth Rinse 8.5 OZ |
| 901842 | Carmex Classic Cherry Lip Balm .35 OZ |
| 903284 | Carmex Jar Lip Balm .25 OZ |
| 913028 | Midol Complete 16 Caplets |
| 916058 | Quality Plus Day & Night Cold Reief 24 Caplets |
| 917001 | Fleet Glycerin Suppositories 50 Count |
| 919471 | Robitussin Cough & Cold Congestion DM 4 FL OZ |
| 998301 | Stye Eye Ointment .125 OZ |
| 998920 | Medic Eye Drops Max Redness |
| 999355 | Dr. Teals Pure Epsom Salt Unscented 6 LBS |
| 1499762 | Dawn Ultra Antibacterial Apple Blossom Dishwashing Liquid 38 FL OZ |
| 2003472 | Degree Motionsense Dry Spray Antiperspirant Deodorant 3.8 OZ |
| 2005444 | Aveeno Daily Moisturizing Lotion 5 OZ |
| 2097144 | Banana Boat Tanning Dry Oil UltraMist SPF4 6OZ |
| 902906 | Alka Seltzer Plus Severe Cold Citrus 20 Count |
| 999043 | Colgate Optic White Mouthwash 16 FL OZ |
| 999910 | Aim Cavity Protect Mint Gel Toothpaste 4.5 OZ |
| 908109 | Crest Scope Classic Original Min Mouthwash 1 Ltr |
| 908223 | Listerine Cool Mint Mouthwash 500 mL |
| 2096124 | Coppertone Glow Sunscreen Spray SPF 50 5OZ |
| 2096130 | Coppertone Sport Sunscreen Lotion SPF50 8.75 FL OZ |

| | |
|---|---|
| 2005214 | Degree Men Extreme Blast Antiperspirant 2.7 OZ |
| 2005088 | Softsoap Fresh Citrus Antibacterial Liquid Hand Soap 11.25 FL OZ |
| 2007898 | Secret Frsh Invisible Solid Cocoa Butter Antiperspirant 2.6 OZ |
| 2008290 | Spa Soap Antibacterial Ultra Gold 64 FL OZ |
| 2096518 | Acne Free Adapalene Gel Acne Treatment .5 OZ |
| 900603 | Tylenol PM 24 Caplets |
| 902908 | Alka Seltzer Plus Severe Cold Orange Zest 20 Count |
| 903333 | Alka Seltzer Plus Severe Cold Original 20 Count |
| 903449 | Prevacid 24 Hour 14 Caplets 15 MG |
| 907160 | Crest 3D White Radiant Mint Toothpaste 2.7 OZ |
| 2099273 | Vaseline Petroleum Jelly Original 7.5 OZ |
| 2098741 | Vaseline Clinical Care Eczema Calming Cream 6.8 OZ |
| 900016 | Aveeno Baby Daily Moistue Lotion 8 OZ |
| 900018 | A&D Original Diaper Rash Ointment 4 OZ |
| 900791 | Crest Fresh & White Gleem Peppermint Toothpaste 2.4 OZ |
| 901677 | Colgate Senstive Toothpaste Whitening Fresh Mint Gel Formula 6 OZ |
| 901844 | Clear Eye Max Redness Relief .5 FL OZ |
| 902359 | Good Sense Ibuprofen 200 MG 100 Caplets |
| 903335 | Alka Seltzer Plus Sinus Allergy and Cough Power Max 16 Count |
| 905760 | Carmex Moisturizing Lip Balm Strawberry SPF15 .15 OZ |
| 907170 | Colgate Triple Action Toothpaste 2.5 OZ |
| 914112 | Gericare Antacid Supreme Cherry 12 FL OZ |
| 916897 | Good Sense 24 Hour Allergy Relief Tablets 30 Count |
| 916917 | Good Sense Scherry Flavored Children's Allergy Medication 4 FL OZ |
| 998277 | Colgate Optic White Stain Prevention Toothpaste 2.1 OZ |
| 999109 | Mylicon Indant Gas Drops .5 OZ |
| 999282 | Crest 3D White Charcoal Toothpaste 2.7 OZ |
| 999542 | NyQuil Severe + Vapocool Cold & Flu Relief 8 OZ |
| 999937 | Arm & Hammer Peroxicare Mint Toothpaste 6 OZ |
| 2001333 | Secret Outlast Invisible Solid Completely Clean Deodorant 2.6 OZ |
| 2002557 | Degree Men 48 Hour Cool Rush Antiperspirant 1.7 OZ |
| 2004512 | Old Spice Swagger Antiperspirant 2.6 OZ |
| 2028253 | Dove Fresh Invisible Solid Antiperspirant 1.6 OZ |
| 2038805 | Modesa 2 in 1 Almond Oil Dandruff Shampoo and Conditioner 13.5 OZ |
| 2096507 | AcneFree Severe Acne Spot Treatment Terminator 10 |
| 2096622 | Degree for Women Invisible Solid Black and White Pure Rain Antiperspirant 2.6 OZ |
| 2097637 | Neutrogena Ultra Sheer Sunscreen Lotion SPF55 3 FL OZ |
| 900604 | Motrin Ibuprofen 50 Caplets |
| 902617 | Baby Love Vitamin A&D Ointment 4 OZ |
| 901588 | BC Powder On-the-Go Stick Packs 50 Count |
| 907165 | Crest Anti Cavity Toothpaste 2.4 OZ |

| | |
|---|---|
| 907220 | Close-Up Cinnamon Red Gel Toothpaste 4 OZ |
| 913228 | BC Aspirin Powder 18 Count |
| 999839 | BC Arthritis On-the-Go Stick Packs 24 Count |
| 999935 | Act Kids Bubble Gum Blowout Mouthwash 16.9 Fl OZ |
| 902966 | Colgate Baking Soda Peroxide Whitening Gel Toothpaste 3 Pack 6 OZ |
| 906406 | Colgate Total Whitening Gel Toothpaste 4.8 OZ |
| 907329 | Colgate Cavity Protection 6 OZ |
| 913102 | Good Sense Effervescent Antacid 36 Tablets |
| 999543 | Good Sense Oral Pain Relief .5 OZ |
| 913724 | Good Sense Enteric Aspirin 120 Tablets |
| 2003471 | Degree Black and White Pure Clean Dry Spray Antiperspirant 3.8 OZ |
| 2007751 | Old Spice High Endurance Pure Sport Deodorant 2 Pack 2.4 OZ |
| 998257 | Colgate Max Fresh Advanced Whitening Clean Mint Toothpaste 6 OZ |
| 900535 | Ready In Case Rubbing Alcohol 50 Percent Wintergreen 16 FL OZ |
| 999811 | ZzzQuil Nighttime Sleep-Aid Lquid Warming Berry 12 FL OZ |
| 999742 | Ready In Care 91 Percent Isopropyl Alcohol 32 FL OZ |
| 999787 | Aleve Back & Muscle Pain Reliever 24 Count |
| 912968 | Orajel Maximum Strength Toothache Gel .125 FL OZ |
| 999834 | Benadryl Allergy Plus Congestion 24 Tablets |
| 2001309 | Degree Men's Invisible Solid Sport Deodorant 2 Pack 2.7 OZ |
| 2004511 | Old Spice Red Zone Aqua Reef Deodorant 3 OZ |
| 2028310 | Secret Powder Fresh Invisible Solid Antiperspirant 2.6 OZ |
| 2006902 | Dove Advanced Care Invisible Solid Coconut Deodorant 2.6 OZ |
| 2098901 | Old Spice Krakengard Antiperspirant and Deodorant 2.6 OZ |
| 2096101 | Suntone Kids Sunscreen Lotion SPF50 6 FL OZ |
| 2098479 | Secret Rose Clear Gel Antiperspirant 2.6 OZ |
| 2001336 | Old Spice Fiji Deodorant 2.6 OZ |
| 999723 | Colgate Optic White Stain Fighter Mint Toothpaste 2 OZ |
| 999850 | Good Sense Esomeprazole Acid Reducer 20 MG 42 Count |
| 903150 | Swan Ice Mint Antiseptic Mouth Rinse 8.5 OZ |
| 914781 | Ready In Case Bismuth Regular Strength Cherry 8 FL OZ |
| 1498425 | Dawn Ultra Antibacterial Apple Blossom Dishwashing Liquid 21.6 FL OZ |
| 2028566 | Secret Powder Fresh Invisible Solid Deodorant 1.7 OZ |
| 2005211 | Axe Anarchy 48 Hour Dry Solid Antiperspirant 2.7 OZ |
| 999743 | Ready In Case 70 Percent Isopropyl Alcohol 16 FL OZ |
| 2098482 | Degree Men Artic Edge 3.0 Ounces 2 Pack |
| 908466 | Swan Mouthwash Cool Mint 1 Liter |
| 908123 | Crest Mouthwash Pro Health Multi Protection Mint 1 Liter |
| 999813 | Vicks Vapor Rub Lavender 1.76 Ounces |
| 999855 | Natureplex Pain Itch Scar Antibacterial Ointment 1 Ounce |
| 900592 | Colgate Kids Junior Bubble Fruit 3.5 Ounces |

| 901496 | Good Sense Sleep Aid Caplet 100 Count |
|---|---|
| 2097141 | Banana Boat Sport Ultra Mist 30 Sun Protection Factor 6 Ounces |
| 2004735 | Dove Mens Antiperspirant Invisible Solid Extra Fresh 2.7 Ounces |
| 2044343 | Secret Outlast Clear Gel Powder Protection 2.6 Ounces |
| 999029 | Good Sense Pain Reliever Acetaminophen Extra Strength 500 Count |
| 903156 | Colgate Mouthwash Total Advanced Peppermint Blast 1 Liter |
| 2097527 | Dove Caring Cococnut Dry Spray 3.8 Ounces |
| 900438 | Bayer Back and Body Extra Strength Caplets 24 Count |
| 900442 | Aleve Nighttime Caplets 20 Count |
| 900834 | Claritin Allergy Liquid Childrens Grape 2 Fluid Ounces |
| 901498 | Natureplex Triple Antibiotic Plus Pain Ointment 1 Ounce |
| 916070 | Bayer Low Dose 81 Miligram Tablet 120 Count |
| 903323 | Alka Seltzer Extra Strength 24 Count |
| 913996 | Bayer Aspirin 325 Miligram Tablet 24 Count |
| 913985 | Good Sense Sleep Aid Caplet 24 Count |
| 907865 | Crest Baking Soda Peroxide Whitening Toothpaste 2.4 Ounces |
| 902311 | Good Sense Lice Shampoo 6 Fluid Ounces |
| 906766 | Orajel Cold Sore Pain Cream 1.25 Fluid Ounces |
| 916980 | Aleve Caplet 50 Count |
| 998403 | Doctor Scholls Corn Removers 9 Count |
| 903334 | Alka Seltzer Plus Maximum Strength Sinus Congestion And Pain 20 Count |
| 901243 | Crest Kids Sparkle Toothpaste 2.2 Ounces |
| 905045 | Crest 3D White Artic Fresh 2.7 Ounces |
| 2038366 | Head and Shoulders 2 in 1 Dry Scalp 13.5 Fluid Ounces |
| 903452 | Zzzquil Night Pain Berry 12 Fluid Ounces |
| 901675 | Ready In Case Hydrogen Peroxide 32 Fluid Ounces |
| 2095985 | Purell Hand Sanitizer Original 6.5 Fluid Ounces |
| 2095986 | Purell Hand Sanitizer Soothing Aloe 6.5 Fluid Ounces |
| 998933 | Vicks Jarabe Cough And Congestion 8 Fluid Ounces |
| 911077 | Premier Antifungal Tolnaftate Liquid Spray 5.3 Fluid Ounces |
| 2098905 | Dove Clear Finish 100 Colors Dry Spray 3.8 Fluid Ounces |
| 998741 | Colgate Renewal Gum Revitalize Toothpaste 3 Ounces |
| 2028222 | Axe Antiperspirant Invisible Solid Dark Temptation 2.7 Ounces |
| 2097083 | Coppertone Sport Spray Sun Protection Factor 30 5.5 Ounces |
| 1414227 | Dawn Ultra Apple Dishwashing Liquid 15.5 Fluid Ounces |
| 901961 | Systane Ultra High Performance Lubricant Eye Drops 0.14 Fluid Ounces |
| 916116 | Claritin Allergy 10 Milligrams Tablet 5 Count |
| 916986 | Tylenol Extra Strength Caplet 24 Count |
| 2006098 | Dove Dry Spray Cool Essentials 3.8 Ounces |
| 902134 | UltraBrite Advanced Whitening Toothpaste Clean Mint 6.0 Ounces |
| 998300 | Lumify Redness Red Eye Drops 2.5 Fluid Ounces |

| 901880 | Delsym Orange 3 Fluid Ounces |
| 900576 | Good Sense Daytime Cold and Flu Relief Orange 12 Fluid Ounces |
| 900728 | Colgate Deep Clean Toothpaste Brisk Mint 6 Ounces |
| 900754 | Preferred Urinary Pain Relief Maximum-Strength Tablets 12 Count |
| 900980 | Listerine Total Care Freshmine 1 Liter |
| 901784 | Colgate Total Whitening Toothpaste 4.8 Ounces 2 Pack |
| 901904 | Listerine Ultra Clean Cool Mint 1 Liter |
| 902045 | Afrin No Drip Severe Congestion 0.5 Fluid Ounces |
| 902050 | Ricola Original Herb Cough Drops 21 Count |
| 902124 | Sensodyne Pronamel Gentle Whitening Toothpaste 2.7 Ounces |
| 902280 | Family Care Eye Drops Advanced 0.5 Ounces |
| 902449 | Quality Plus Laxative Bisacodyl 5 Miligram Tablet 50 Count |
| 902787 | Azo Yeast Plus 20 Count |
| 902840 | Swan Ultra Clean Arctic Mint 33.8 Fluid Ounces |
| 903097 | Desitin Maximum Strength Paste 4 Ounces |
| 903159 | Listerine Mouthwash Freshburst 1 Liter |
| 903453 | Crest 3D White Ultra White 3 Ounces |
| 905517 | Colgate Kids Toothpaste Assorted Characters 4.6 Ounces |
| 906844 | Best Health Menthol Cough Drops 80 Count |
| 907136 | Pepsodent Original Toothpaste 4.5 Ounces |
| 907781 | Sensodyne Extra Whitening Toothpaste 3.4 Ounces |
| 908004 | Listerine Mouthwas Original Amber 1 Liter |
| 908005 | Listerine Mouthwash Coolmint 1 Liter |
| 908465 | Swan Antiseptic Rinse Amber 1 Liter |
| 913890 | Good Sense Pain Reliever Caplet 100 Count |
| 916081 | Ludens Wild Cherry Drops 3o Count |
| 916114 | Good Sense Allergy Loratadine Tablet 30 Count |
| 920611 | Swan Medicated Chest Rub 3.53 Ounces |
| 998268 | Crest Paste Densify Daily Whitening 4.1 Ounces |
| 998269 | Crest Scope Mouthwash All Day 1 Liter |
| 998397 | Orajel Paw Patrol Fluoride Toothpaste 4.2 Ounces |
| 998730 | Crest 3D White Brillance Toothpaste 2.7 Ounces |
| 999075 | Orajel Mouth Sore Gel 0.125 Ounces |
| 999093 | Orajel Non-Medicated Teething Gel 0.125 Ounces |
| 999099 | Tom's Kids Strawberry Anticavity 5.1 Ounces |
| 999285 | Crest 3D White Stain Eraser Icy Clean Mint 3.1 Ounces |
| 999559 | Ready In Case Mucus Relief Dextromethorphan Max Strength Cherry 6 Fluid Ounces |
| 999752 | Listerine Mouthwash Coolmint 95 Milliliters |
| 999762 | Swan Fresh Mint Mouthwash 1 Liter |
| 2001311 | Degree Female Invisible Solid Twin Powder 2.6 Ounces 2 Pack |
| 2003674 | Vaseline Mens Extra Strength Body and Face Lotion 10 Fluid Ounces |

| | |
|---|---|
| 2004835 | Old Spice High Endurance Playmaker 2.4 Ounces |
| 2005220 | Gillette Clear Gel Cool Wave 2.85 Ounces 2 Pack |
| 2005504 | Head and Shoulders 2 in 1 Dry Scalp Shampoo 23.7 Fluid Ounces |
| 2008234 | Suntone Sport Spray Sun Protection Factor 70 5.5 Fluid Ounces |
| 2028194 | Degree Womans Sexy Intrigue 2.6 Ounces |
| 2028249 | Mennen Speed Stick Anti-Perspirant Invisible Solid Fresh 1.8 Ounces |
| 2028255 | Dove Invisible Solid Powder 1.6 Ounces |
| 2028257 | Degree Anti-Perspirant Invisible Solid Extreme Blast 1.7 Ounces |
| 2028258 | Degree Anti-Perspirant Invisible Solid Shower 1.6 Ounces |
| 2028315 | Arm and Hammer Ultra Max Invisible Solid Fresh Scent 1 Ounce |
| 2028335 | Mennen Speed Stick Deodorant Stick Regular 1.8 Ounces |
| 2038806 | Doctor Dandruff 2 In 1 Shampoo 13.5 Fluid Ounces |
| 2038935 | Doctor Shampoo Therapeutic Gel 8.5 Fluid Ounces |
| 2044177 | Dial Foaming Liquid Hand Soap Spring Water 7.5 Fluid Ounces |
| 2044190 | Power Stick Lady Anti-Perspirant Powder Fresh 1.7 Ounces |
| 2096099 | Suntone Sport Lotion Sun Protection Factor 50 6 Fluid Ounces |
| 2097084 | Coppertone Kids Spray Sun Protection Factor 50 5.5 Ounces |
| 2097528 | Dove Mens Invisible Solid Clean Comfort 1.7 Ounces |
| 2097534 | Axe Apollo Invisible Solid Deodorant 1.7 Ounces |
| 2098472 | Suave Mens Active Sport 2.7 Ounces |
| 910321 | Four Star Hydrocortisone Cream 1 Ounce |
| 914771 | Good Sense Arthritis Caplet 24 Count |
| 903759 | Nyquil Severe Cold And Flu Berry 8 Fluid Ounces |
| 902219 | Miralax 8.3 Ounces |
| 913989 | Good Sense Ibuprofen Ibuprofen Caplet 100 Count |
| 916994 | Good Sense Ibuprofen 200 Miligram Softgel 20 Count |
| 999789 | Good Sense Easy Night Sleep Berry 12 Fluid Ounces |
| 900844 | Mucinex Single Entity Max Strength 7 Count |
| 902014 | Nicorette Gum White Ice Mint 4 Milligram 20 Count |
| 917531 | Refenesen Mucus Relief Tablet 30 Count |
| 913722 | Excedrin Migraine Caplet 24 Count |
| 916071 | Advil Liquid Gel Caplet 40 Count |
| 917004 | Good Sense Ibuprofen Nighttime 200 Milligrams 20 Count |
| 901655 | Claritin Allergy 10 Milligrams Tablet 10 Count |
| 902080 | Imodium Anti-Diarrhea Mint 4 Ounces |
| 916063 | Pepto Bismol Cherry 8 Fluid Ounces |
| 900207 | Nyquil Original Cold And Flu Liquid 12 Fluid Ounces |
| 999844 | Mylanta Maximum Strength Classic Flavor 12 Fluid Ounces |
| 999982 | Quality Plus Menstrual Relief Complete Caplet 16 Count |
| 915628 | Imodium Anti-Diarrhea Caplet 6 Count |
| 909223 | Ready In Case Epsom Salts 2 Pounds |

| | |
|---|---|
| 2028218 | Degree Anti-Perspirant Invisible Solid Fresh 2.6 Ounces |
| 2004752 | Suave Anti-Perspirant Invisible Solid Tropical Paradise 2.6 Ounces |
| 902163 | Benadryl Extra Strength Cream 1 Ounce |
| 901155 | Tylenol 8 Hour Muscle Ache and Pain Red Caplet 24 Count |
| 901589 | Goodys Powder 50 Count |
| 902363 | Sensodyne Complete Fresh Paste 3.4 Ounces |
| 902373 | Ready In Case Miconazole 3 Day Combo Pack |
| 915641 | Bayer Low Dose Tablet 32 Count |
| 914773 | Pepcid Acid Control Maximum Strength Tablet 8 Count |
| 902217 | Benadryl Allergy Ultratab Tablet 24 Count |
| 900055 | Good Sense Omeprazole Tablet 14 Count |
| 900854 | Mucinex Dextromethorphan Max Strength 7 Count |
| 901469 | Swan Calamine Lotion 6 Fluid Ounces |
| 903245 | Crest Pro-Health Deep Clean Tooth Paste 3.5 Ounces |
| 913010 | Advil Nighttime Caplet 20 Count |
| 913991 | Good Sense Ibuprofen Tablet 100 Count |
| 901583 | Quality Plus Motion Sickness Tablet 8 Count |
| 916715 | Benadryl Allergy Liquid Gels 24 Count |
| 915221 | Quality Plus Woman Laxative Biscodyl Tablet 25 Count |
| 916922 | Quality Plus Cough Cold Tablet 16 Count |
| 999812 | Pepto Bismol Liquid Original Travel 3.4 Fluid Ounces |
| 2044182 | Axe Deodorant Phoenix 30 Ounces |
| 913232 | Quality Plus Premenstrual Syndrome Formula Caplet 32 Count |
| 914128 | Prilosec Over The Counter Tablet 14 Count |
| 916078 | Bayer 81 Milligram Chewable Tablet 36 Count |