# Exhibit E

2/20/24, 10:33 AM  Voluntary Recall of Certain Over-the-Counter Products Sold at Family Dollar Stores Because They Were Stored Outside of Temp…

Case 0:24-cv-60294-AHS Document 1-6 Entered on FLSD Docket 02/21/2024 Page 2 of 5

COMPANY ANNOUNCEMENT

# Voluntary Recall of Certain Over-the-Counter Products Sold at Family Dollar Stores Because They Were Stored Outside of Temperature Requirements

> When a company announces a recall, market withdrawal, or safety alert, the FDA posts the company's announcement as a public service. FDA does not endorse either the product or the company.
>
> Read Announcement

## Summary

**Company Announcement Date:**

August 05, 2022

**FDA Publish Date:**

September 16, 2022

**Product Type:**

Medical Devices

**Reason for Announcement:**

Product was stored outside of labeled temperature requirements.

**Company Name:**

Family Dollar

**Brand Name:**

Multiple brand names

**Product Description:**

Various OTC medical products

2/20/24, 10:38 AM    Voluntary Recall of Certain Over-the-Counter Products Sold at Family Dollar Stores Because They Were Storage Outside of Temp…

Case 0:24-cv-60294-AHS   Document 1-6   Entered on FLSD Docket 02/21/2024   Page 3 of 5

# Company Announcement

Family Dollar is initiating a voluntary retail level product recall of certain products regulated by the U.S. Food and Drug Administration (FDA) that were stored and inadvertently shipped to certain stores on or around May 1, 2022 through June 10, 2022 due to product being stored outside of labeled temperature requirements.  This notice covers the recall of Over-the-Counter Medical Devices. An earlier notice issued July 21, 2022 covered a related recall of Over-the-Counter Pharmaceutical Products.

To date, Family Dollar has not received any consumer complaints or reports of illness related to this recall.  This recall is being conducted out of an abundance of caution.

A list of the recalled products is attached. This recall goes to the retail store level. Not all of the products listed were sent to all stores.

Family Dollar has notified its affected stores asking them to check their stock immediately and to quarantine and discontinue the sale of any affected product. Customers that may have bought affected product may return such product to the Family Dollar store where they were purchased without receipt.  This recall does not apply to Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont, Washington, Alaska, or Hawaii as Family Dollar does not have any stores in Alaska or Hawaii and no Family Dollar stores in any of the other states received any products subject to this recall.

Customers with questions regarding this recall may contact Family Dollar Customer Service at 844-636-7687 between 9am and 5pm EST. Customers should contact their physician or health care provider if they have experienced any problems that may be related to using these products.

Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax.

- Complete and submit the report Online (/safety/medwatch-fda-safety-information-and-adverse-event-reporting-program/reporting-serious-problems-fda)

- Regular Mail or Fax: Download form (/safety/medical-product-safety-information/medwatch-forms-fda-safety-reporting) or call 1- 800-332-1088 to request a reporting form, then complete and return to the address on the pre-addressed form, or submit by fax to 1-800-FDA-0178

- https://www.fda.gov/safety/report (https://www.fda.gov/safety/report-problem-fda)- (https://www.fda.gov/safety/report-problem-fda)problem (https://www.fda.gov/safety/report-problem-fda)- (https://www.fda.gov/safety/report-problem-fda)fda (https://www.fda.gov/safety/report-problem-fda)

2/20/24, 10:39 AM  Voluntary Recall of Certain Over-the-Counter Products Sold at Family Dollar Stores Because They Were Storage Outside of Temp…

Case 0:24-cv-60294-AHS  Document 1-6  Entered on FLSD Docket 02/21/2024  Page 4 of 5

## Recalled Products

| | |
|---|---|
| 900260 | 900260 CLEARBLUE SMART COUNTDOWN PRGNCY TST 1CT |
| 900794 | 900794 LS SKYN NON LATEX LUBRICATED CONDOM 3CT |
| 901260 | 901260 VERIQUICK PREGNANCY TEST 1CT |
| 902343 | 902343 FIRST RESPONSE 2 CT |
| 903409 | 903409 SKYN ORIGINAL NON LATEX CONDOM 12CT |
| 903415 | 903415 SKYN ELITE NON LATEX CONDOM 12CT |
| 939504 | 939504 VERIQUICK PREGNANCY TEST 1 CT |
| 900752 | 900752 AT HOME MARIJUANA TEST STRIP |
| 902816 | 902816 TROJAN ULTRA RIBBED LUBED 3CT |
| 903756 | 903756 VERIQUICK PREGNANCY TEST 2 CT |
| 999763 | 999763 TROJAN ULTRA THIN CONDOM LATEX 3CT |
| 998221 | 998221 SKYN ELITE LARGE NON LATEX CONDOM 12CT |
| 998869 | 998869 PREFERRED UTI TEST 1 CT |
| 900265 | 900265 LIFESTYLES ULTRA SENSITIVE CONDOMS 12CT |
| 900531 | 900531 CLEAR EYES CONTCT LENS DRPS LBRCTNG .5FO |
| 999009 | 999009 B L BIOTRU MULTI PURPOSE SOLUTION 4 FLOZ |
| 902274 | 902274 GS SALINE SOLUTION 12FL OZ |
| 901443 | 901443 KY JELLY LUBRICANT 2 FL OZ |
| 901960 | 901960 OPTI FREE REPLENISH MULTI PURPOSE 2 OZ |
| 999801 | 999801 SIMPLY SALINE NASAL MIST 3.1 OZ |
| 900457 | OPTI FREE PURE MST DSINFCTNG SLTN 4FL OZ |
| 902139 | 902139 DENTEMP ONE STEP .077OZ |
| 906018 | 906018 FIXODENT ORG CREAM 2.4OZ |
| 998762 | 998762 DRTALBOT TDDLR TTHPSTE BRSH TUTTI FRUTTI |
| 905076 | 905076 CURAD STRNG WATRPRF STRIP 1IN 20CT |
| 906312 | 906312 GS DENTURE CLEANSER GRN TAB 40CT |
| 999619 | 999619 FIXODENT ADH CREAM ULTRA MAX HOLD 2.2OZ |
| 999037 | 999037 CURAD FIRST AID KIT |
| 903377 | 903377 POLIGRIP POWER MAX HOLD 2.2OZ |
| 999417 | 999417 NEW SKIN LIQUID BANDAGE CLEAR .3FL OZ |

Case 0:24-cv-60294-AHS Document 1-6 Entered on FLSD Docket 02/21/2024 Page 5 of 5

| | |
|---|---|
| 900737 | 900737 TRVL KIT TOTHBRSH CAP PASTE IN POUCH 1CT |
| 901239 | 901239 FIXODENT ORG CREAM TRAVEL .75OZ |
| 906131 | 906131 POLIDENT DENTURE CLNS TAB 28CT |
| 900334 | 900334 POLIGRIP ADH CREAM FREE 2.4OZ |
| 906023 | 906023 GS DENTURE CLEAN OVRNT TAB 40CT |
| 901634 | 901634 POLIDENT DENTURE CLEANSERS 84 CT |
| 901777 | 901777 POLIDENT OVERNIGHT WHITENING TAB 28CT |
| 906402 | 906402 FIXODENT ADH CREAM WITH SCOPE 2OZ |
| 999632 | 999632 POLIGRIP EXTRACARE ADHESIVE CREAM 2.2OZ |
| 900085 | 900085 SUPER POLIGRIP ADH CREAM .75OZ |
| 900723 | 900723 POLIGRIP DENTURE ADHESIVE ORIGINAL 2.4OZ |

Link to Initial Press Release (/safety/recalls-market-withdrawals-safety-alerts/voluntary-recall-certain-over-counter-products)

Link to Expanded Press Release (/safety/recalls-market-withdrawals-safety-alerts/voluntary-recall-certain-colgate-products-sold-family-dollar-stores-because-they-were-stored-outside)

## Company Contact Information

**Consumers:**

Family Dollar Customer Service

📞 844-636-7687

Was this helpful? [Yes] [No]



 More Recalls, Market Withdrawals, & Safety Alerts (/safety/recalls-market-withdrawals-safety-alerts)