# Exhibit F

2/20/24, 10:33 AM
Voluntary Recall of Certain Colgate Products Sold at Family Dollar Stores Because they Were Stored Outside of Temperature R…
Case 0:24-cv-60294-AHS   Document 1-7   Entered on FLSD Docket 02/21/2024   Page 2 of 4

COMPANY ANNOUNCEMENT

# Voluntary Recall of Certain Colgate Products Sold at Family Dollar Stores Because They Were Stored Outside of Temperature Requirements

> When a company announces a recall, market withdrawal, or safety alert, the FDA posts the company's announcement as a public service. FDA does not endorse either the product or the company.
>
> Read Announcement

## Summary

**Company Announcement Date:**
September 15, 2022

**FDA Publish Date:**
September 16, 2022

**Product Type:**
Drugs

**Reason for Announcement:**
Product was stored outside of labeled temperature requirements

**Company Name:**
Family Dollar

**Brand Name:**
Colgate

**Product Description:**
Toothpaste

## Company Announcement

Family Dollar is initiating a voluntary retail level product recall of certain products regulated by the U.S. Food and Drug Administration (FDA) that were stored and shipped to a limited number of stores in AZ, CA, GA, ID, IN, MT, NM, NV, OR, TX, and UT on or around May 1, 2022

through June 21, 2022 due to product being stored outside of labeled temperature requirements.

To date, Family Dollar is not aware of any consumer complaints or reports of illness related to this recall.

Products covered by this retail level recall include:

| | |
|---|---|
| 998277 | COLGATE OPTIC WHITE STAIN PREVENTION TOOTHPASTE 2.1OZ |
| 998909 | COLGATE OPTIC WHITE CHARCOAL TOOTHPASTE 4.2OZ |
| 999043 | COLGATE OPTIC WHITE MOUTHWASH 16 FL OZ |
| 999088 | COLGATE OPTIC WHITE HIGH IMPACT TOOTHPASTE 3OZ |
| 999749 | COLGATE OPTIC WHITE TOOTHPASTE ICY FRESH 3.2OZ |
| 999750 | COLGATE OPTIC WHITE STAIN FIGHTER TOOTHPASTE CLEAN MNT 4.2OZ |

Family Dollar has notified its affected stores asking them to check their stock immediately and to quarantine and discontinue the sale of any affected product. Customers that may have bought affected product may return such product to the Family Dollar store where they were purchased without receipt.

Customers with questions regarding this recall may contact Family Dollar Customer Service at 844-636-7687 between 9am and 5pm EST. Customers should contact their physician or health care provider if they have experienced any problems that may be related to using these products.

Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax.

- Complete and submit the report Online (/safety/medwatch-fda-safety-information-and-adverse-event-reporting-program/reporting-serious-problems-fda)

- Regular Mail or Fax: Download form (/safety/medical-product-safety-information/medwatch-forms-fda-safety-reporting) or call 1- 800-332-1088 to request a reporting form, then complete and return to the address on the pre-addressed form, or submit by fax to 1-800-FDA-0178

- https://www.fda.gov/safety/report (https://www.fda.gov/safety/report-problem-fda)-(https://www.fda.gov/safety/report-problem-fda)problem (https://www.fda.gov/safety/report-problem-fda)- (https://www.fda.gov/safety/report-problem-fda)fda (https://www.fda.gov/safety/report-problem-fda)

2/20/24, 10:35 AM Voluntary Recall of Certain Colgate Products Sold at Family Dollar Stores Because They Were Stored Outside of Temperature R…

Case 0:24-cv-60294-AHS Document 1-7 Entered on FLSD Docket 02/21/2024 Page 4 of 4

Link to Initial Press Release (/safety/recalls-market-withdrawals-safety-alerts/voluntary-recall-certain-over-counter-products)

Link to 2nd Expansion Press Release (/safety/recalls-market-withdrawals-safety-alerts/voluntary-recall-certain-over-counter-products-sold-family-dollar-stores-because-they-were-stored)

## Company Contact Information

**Consumers:**

Family Dollar Customer Service

📞 844-636-7687

Was this helpful? [Yes] [No]

◀ More Recalls, Market Withdrawals, & Safety Alerts (/safety/recalls-market-withdrawals-safety-alerts)