# Exhibit G

2/20/24, 10:39 AM    Family Dollar is Initiating a Voluntary Recall of Certain Over-the-Counter Drug Products Because the Products Have Been Store…

Case 0:24-cv-60294-AHS   Document 1-8   Entered on FLSD Docket 08/21/2024   Page 2 of 6

COMPANY ANNOUNCEMENT

# Family Dollar is Initiating a Voluntary Recall of Certain Over-the-Counter Drug Products Because the Products Have Been Stored Outside of Labeled Temperature Requirements

> When a company announces a recall, market withdrawal, or safety alert, the FDA posts the company's announcement as a public service. FDA does not endorse either the product or the company.
>
> Read Announcement

## Summary

**Company Announcement Date:**

May 04, 2023

**FDA Publish Date:**

May 04, 2023

**Product Type:**

Drugs
Over-the-Counter Drugs

**Reason for Announcement:**

Product was stored outside of labeled temperature requirements.

**Company Name:**

Family Dollar

**Brand Name:**

Advil

**Product Description:**

Over-The-Counter Drugs

# Company Announcement

Family Dollar is initiating a voluntary retail level product recall of certain over-the-counter drug products regulated by the U.S. Food and Drug Administration (FDA) that were stored and shipped to certain stores on or around June 1, 2022 through March 31, 2023 due to product being stored by Family Dollar outside of labeled temperature requirements.

To date, Family Dollar is not aware of any consumer complaints or reports of illness related to this recall.

Products covered by this retail level recall are:

| | |
|---|---|
| 0901458 | ADVIL 200MG TABLET 100CT |
| 0901839 | ADVIL 200 MG CAPLET 24 CT |
| 0902867 | ADVIL DUAL ACTION 36CT CAPLET |
| 0913023 | ADVIL TABLET 50CT |
| 0916071 | ADVIL LIQUID GEL 40 CT |
| 0999259 | ADVIL TABLET 6CT |
| 0999841 | ADVIL LIQUI GEL MINIS 20CT |

The specific batch numbers of affected product for each SKU are listed at the end of this communication.

Family Dollar has notified its affected stores asking them to check their stock immediately and to quarantine and discontinue the sale of any affected product. Customers that may have bought affected product may return such product to the Family Dollar store where they were purchased without receipt.

Customers with questions regarding this recall may contact Family Dollar Customer Service at 844-636-7687 between 9am and 5pm EST. Customers should contact their physician or health care provider if they have experienced any problems that may be related to using these products.

Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax.

- Complete and submit the report Online (/safety/medwatch-fda-safety-information-and-adverse-event-reporting-program/reporting-serious-problems-fda)
- Regular Mail or Fax: Download form (/safety/medical-product-safety-information/medwatch-forms-fda-safety-reporting) or call 1- 800-332-1088 to request a

reporting form, then complete and return to the address on the pre-addressed form, or submit by fax to 1-800-FDA-0178

### 0901458 ADVIL 200MG TABLET 100CT

- 3P8G
- 695E
- A92E
- G65G
- SH2R
- SX8G
- VT5P
- WK3M
- X98T
- XS5P

### 0901839 ADVIL 200 MG CAPLET 24 CT

- 3P8D
- 6T8W
- BA7G

### 0902867 ADVIL DUAL ACTION 36CT CAPLET

- 6Y7F
- 9M5B
- HM6R
- VJ3H

### 0913023 ADVIL TABLET 50CT

- 4A3U
- 564B
- 6X8C
- 9A3K
- C72H
- G64V

## 0916071 ADVIL LIQUID GEL 40 CT

- R95323 • R96317 • R96810 • R97196 • R97197 • R97198 • R97203 • R97204 • R99183 • R99184
- R99528
- T00613 • T01662
- T01663

## 0999259 ADVIL TABLET 6CT

- 2041LB • 2094LB
- 2108LB
- 2109LA
- 2110LA
- 2111LC
- 2122LB
- 2123LB
- 2124LA
- 2126LA
- 2138LB
- 2139LA
- 2139LB
- 2143LB
- 2145LC
- 2147LA
- 2152LA
- 2153LB
- 2153LC
- 2154LB
- 2154LC
- 2157LC
- 2158LA
- 2159LB

2/20/24, 10:39 AM	Family Dollar Is Initiating a Voluntary Recall of Certain Over-the-Counter Drug Products Because the Products Have Been Store…

Case 0:24-cv-60294-AHS Document 1-8 Entered on FLSD Docket 08/21/2024 Page 6 of 6

- 2236LA
- 2236LB
- 2237LA
- 2243LA
- 2244LC • 2245LC

0999841 ADVIL LIQUI GEL MINIS 20CT

- R97214 • R99598
- R99600
- T00617 • T00618
- T03897

## Company Contact Information

**Consumers:**

Family Dollar Customer Service

📞 844-636-7687

Was this helpful?  [Yes]  [No]

[ ← More Recalls, Market Withdrawals, & Safety Alerts (/safety/recalls-market-withdrawals-safety-alerts) ]