# Exhibit H

COMPANY ANNOUNCEMENT

# Voluntary Recall of Certain Over-the-Counter Drugs and Medical Devices

When a company announces a recall, market withdrawal, or safety alert, the FDA posts the company's announcement as a public service. FDA does not endorse either the product or the company.

Read Announcement

## Summary

**Company Announcement Date:**

October 05, 2023

**FDA Publish Date:**

October 10, 2023

**Product Type:**

Drugs
Medical Devices

**Reason for Announcement:**

Products were stored outside of labeled temperature requirements

**Company Name:**

Family Dollar

**Brand Name:**

Multiple brands

**Product Description:**

Over-the-Counter Drug and Medical Device products

## Company Announcement

Family Dollar is initiating a voluntary retail-level product recall of certain over-the-counter drugs and medical devices regulated by the U.S. Food and Drug Administration (FDA). These items were stored outside of labeled temperature requirements by Family Dollar and

Top ()

inadvertently shipped to certain stores on or around June 1, 2023 through September 21, 2023. These items were sold at those stores between June 1, 2023 and October 4, 2023.

To date, Family Dollar has not received any consumer complaints or reports of illness related to this voluntary recall. This recall is being conducted out of an abundance of caution.

A list of the recalled products is attached. This recall goes to the retail store level. Not all of the products listed were sent to all stores.

Family Dollar has notified its affected stores asking them to check their stock immediately and to quarantine and discontinue the sale of any affected product. Customers who purchased affected product may return such product to the Family Dollar store where they were purchased without receipt. This recall only applies to the following 23 states as no Family Dollar stores in any of the other states received any products subject to this recall: AL, AR, AZ, CA, CO, FL, GA, ID, KS, LA, MS, MT, ND, NE, NM, NV, OK, OR, SD, TX, UT, WA, and WY.

Customers with questions regarding this recall may contact Family Dollar Customer Service at 844-636-7687 between 9 a.m. and 5 p.m. EST. Customers should contact their physician or health care provider if they have experienced any problems that may be related to using these products.

Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax.

- Complete and submit the report Online (/safety/medwatch-fda-safety-information-and-adverse-event-reporting-program/reporting-serious-problems-fda)
- Regular Mail or Fax: Download form (/safety/medical-product-safety-information/medwatch-forms-fda-safety-reporting) or call 1- 800-332-1088 to request a reporting form, then complete and return to the address on the pre-addressed form, or submit by fax to 1-800-FDA-0178

List of Recall Products (/media/172922/download?attachment)

## Company Contact Information

**Consumers:**
Family Dollar Customer Service
📞 844-636-7687

Top ()

Was this helpful? | Yes | No

⊙ More Recalls, Market
Withdrawals, &
Safety Alerts (/safety/recalls-market-withdrawals-safety-alerts)

▲
Top ()

## List of Recalled Products

| SKU | SKU DESCRIPTION |
|---|---|
| 900018 | AD PREV OINT ORIG 4OZ |
| 900206 | NYQUIL CHERRY COLD AND FLU LQD 12FL OZ |
| 900260 | CLEARBLUE SMART COUNTDOWN PRGNCY TST 1CT |
| 900273 | SWAN MOUTHWASH GREEN 250ML |
| 900353 | CREST TARTAR PROTECTION PASTE 5.7OZ |
| 900366 | COLGATE TOTAL WHITENING PASTE 1.3OZ |
| 900437 | ALEVE ARTHRITIS GELCAPS 40CT |
| 900438 | BAYER BACK BODY EX STRGTH CAPLETS 24CT |
| 900442 | ALEVE PM CAPLETS 20CT |
| 900449 | QUALITY PLUS ALLRGY DIPHENHYDRAMINE TABLET 12CT |
| 900530 | VICKS DQ NQ COLD & FLU 24CT 2PK |
| 900588 | CREST TARTAR CONTROL 2.4 OZ |
| 900596 | COLGATE MAX FRESH CLEAN MINT 1.9OZ |
| 900602 | TYLENOL ARTHRITIS CAPLET 24CT |
| 900660 | MOTRIN INFANT DROPS BERRY .5FL OZ |
| 900734 | COLGATE CAVITY PROTECTION 6OZ 3PK |
| 900752 | AT HOME MARIJUANA TEST STRIP |
| 900754 | PREFERRED URINRY PAIN RELIEF MAX STRENGTH 12CT |
| 900791 | CR FRESH WHT PEP GIM 2.4OZ |
| 900858 | FLEET ENEMA 4.5FLOZ 2PK |
| 900911 | TN DICKINSON WITCH HAZEL 16FL OZ |
| 900932 | CG OPTIC WHITE TP SPRKLNG MINT 3.2OZ 2PK |
| 900938 | SWAN MOUTHWASH ORIGINAL AMBER 250ML |
| 901155 | TYLENOL 8HR MSL ACHE PAIN RD CAPLET 24CT |
| 901239 | FIXODENT ORG CREAM TRAVEL .75OZ |
| 901243 | CREST KIDS SPRKL TPST 2.2 OZ |
| 901260 | VERIQUICK PREGNANCY TEST 1CT |
| 901349 | QUALITY PLUS TUSSIN DM MAX MENTHOL BERRY 4FL OZ |
| 901376 | SALONPAS PAIN RELIVER PATCH LG 6CT |
| 901379 | GUARDIAN ANTACID EX STR TBL FRT 96CT |
| 901380 | SALONPAS PAIN RELIEVING PATCH 20CT |
| 901451 | BENGAY ULTRA STRENGTH CREAM 2 OZ |
| 901465 | MONISTAT 7 CREAM 1.59 FL OZ |
| 901498 | NPX TRPL ANTIBIOTIC PLS PAIN OINT 1OZ |
| 901583 | QUALITY PLUS MOTION SICKNESS RELIEF 8CT |
| 901584 | GOOD SENSE SENNA LAXATIVE 8.6MG 100CT |
| 901588 | BC POWDER 50 CT |
| 901589 | GOODYS POWDER 50 CT |
| 901677 | COLGATE SENSITIVE WHITENING PASTE 6OZ |

10/5/23

| | |
|---|---|
| 901688 | DAYQUIL LIQUICAPS 16 CT |
| 901738 | BENADRYL D CHILD ALLERGY SINUS GRAPE 4FO |
| 901782 | COLGATE MAX FRESH CLEAN MINT TP 6 OZ |
| 901835 | CREST CMPLTE SCOPE WHTN MNT TP 5.4OZ 2PK |
| 901842 | CARMEX DAILY CARE CHERRY SPF 15 .35 OZ |
| 901844 | CLR EYS MX RDNS RLIF .5FL OZ |
| 901890 | NEOSPORIN PLUS PAIN CREAM .5 OZ |
| 902007 | HYLANDS COLD N COUGH KIDS 4FL OZ |
| 902012 | ALKA SELTZER PLUS DAY NIGHT LGEL 20 CT |
| 902016 | HYLANDS COLD N COUGH KIDS NGHTIME 4FL OZ |
| 902059 | PEPTO BISMOL ORIGINAL LIQUID 16FL OZ |
| 902088 | PEPTO BISMOL CAPLET 24 CT |
| 902089 | PEPTO BISMOL CHEW ORG 30 CT |
| 902139 | DENTEMP ONE STEP .077OZ |
| 902143 | COLGATE BSPW PASTE 6OZ 3PK |
| 902219 | MIRALAX 8.3 OZ |
| 902233 | TYLENOL SINUS SEVERE DAYTIME CAPLET 24CT |
| 902260 | GOOD SENSE HEMORRHOIDAL WIPES 48CT |
| 902274 | GOOD SENSE SALINE SOLUTION 12FL OZ |
| 902280 | FAMILY CARE EYE DROPS ADVANCED 0.5FL OZ |
| 902292 | OTIX EAR RELIEF DROPS 0.4FL OZ |
| 902321 | GUARDIAN BISMUTH CHEWABLE TAB CHERRY 30CT |
| 902322 | GUARDIAN ANTACD ULTRA STRENGTH ASSORTED FRUIT 72CT |
| 902326 | NATUREPLEX TRIPLE ANTIBIOTIC PLUS CREAM 1 OZ |
| 902343 | FIRST RESPONSE 2 CT |
| 902449 | QUALITY PLUS LAXATIVE BISACODYL 5MG TABLET 50CT |
| 902455 | BELL EAR WAX REMOVER KIT 1 CT |
| 902614 | CARMEX LIP BALM TUBE 1.05OZ 3PK |
| 902615 | TYLENOL ES RAPID RELEASE GEL 24CT |
| 902701 | CREST CMPLT SCOPE OUTLST PSTE 5.4OZ 2PK |
| 902704 | CREST SCOPE OUTLAST MINT MTHWSH 1LTR |
| 902838 | CREST 3DW BRILLIANCE HYDRGN PERXIDE 3OZ |
| 902840 | SWAN MOUTHWASH TARTAR CONTROL BLUE MINT 1L |
| 902871 | VICKS NYQUIL SEVERE HONEY 8FL OZ |
| 902906 | ASP SEVERE COLD COUGH CITRUS 20CT |
| 902908 | ASP SEVERE COLD ORANGE ZEST 20CT |
| 902927 | ONE A DAY MENS VITACRAVES 40CT |
| 902929 | LDN ARTHRITIS AND SPORT WNTGRN 16FLOZ |
| 902931 | ONE A DAY WOMENS VITACRAVES 40CT |
| 902966 | COLGATE BSPW GEL TP 6OZ 3PK |
| 902967 | COLGATE TOTAL WHITENING TP 4.8OZ |
| 903150 | SWAN MOUTHWASH BLUE MINT 250ML |

10/5/23

| | |
|---|---|
| 903152 | COLGATE TOTAL WHITENING GEL 4.8OZ 2PK |
| 903284 | CARMEX LIP BALM JAR .25OZ |
| 903285 | CARMEX LIP BALM TUBE .35OZ |
| 903335 | AS PLUS SINUS ALLERGY N COUGH PMAX 16CT |
| 903366 | PEPTO CHEWTAB CHILDREN BUBBLEGUM 24CT |
| 903367 | VICKS DAYQUIL NYQUIL LIQ COMB PK 6 FLOZ |
| 903369 | VICKS VAPOSTICK 1OZ |
| 903381 | VITA GLOBE APPLE CIDER VINAGER 500MG GUMMY 30CT |
| 903452 | ZZZQUIL NIGHT PAIN BERRY 12 FL OZ |
| 903461 | KIDS NYQUIL HONEY |
| 903482 | BC LEMONADE MAX STRENGTH POWDER 16CT |
| 903483 | GOODYS HANGOVER BERRY CITRUS 16CT |
| 903484 | PEPTO LIQUID ULTRA INSTACOOL 12FL OZ |
| 903518 | CREST 3D WHITE VIBRANT MINT TP 2.3 OZ |
| 903548 | BENADRYL ES ALLERGY TABLETS 24CT |
| 903588 | CREST COMPLETE EXTRA WHITENING 5.4 OZ |
| 903597 | BOUDREAUXS BUTT PASTE MAX STRENGTH 2OZ |
| 903608 | BOOGIE SALINE MIST UNSCENTED 3.1OZ |
| 903637 | FLEET LQD GLYCERN SUPPOS 0.25FLOZ 4PK |
| 903638 | TYLENOL ES NT SEVR COUGH LIQUID 8FLOZ |
| 903649 | ZZZQUIL NGHT SLEEP AID LIQUICAPS 24CT |
| 903655 | ZZZQUIL SLEEP AID WARMING BERRY 4FLOZ |
| 903656 | ZZZQUIL ULTRA SLEEP AID TABLETS 12CT |
| 903659 | PEPTO BISMOL CHEWS BERRY MINT 24CT |
| 903675 | PEPTO KIDS GUMMIES 24CT |
| 903758 | QUALITY PLUS MUCUS COLD FLU SORE THROAT RELIEF 6FL OZ |
| 903759 | NYQUIL SEVERE COLD FLU BERRY 8 FL OZ |
| 905028 | A H COMPLETE CARE BKS PRX TP 6OZ |
| 905045 | CREST 3D WHITE ARTIC FRESH 2.7OZ |
| 905517 | COLGATE KIDS TP ASRTD CHARACTERS 4.6OZ |
| 905703 | COLGATE BSPW PASTE BRISK MINT 2.5OZ |
| 905760 | CARMEX STRWBRRY STCK W SPF 15 .15OZ |
| 906018 | FIXODENT ORG CREAM 2.4OZ |
| 906023 | GOODSENSE DENTURE CLEAN OVRNT TAB 40CT |
| 906312 | GOODSENSE DENTURE CLEANSER GRN TAB 40CT |
| 906402 | FIXODENT ADH CREAM WITH SCOPE 2OZ |
| 906406 | COLGATE TOTAL WHTN GEL TP 4.8OZ |

10/5/23

| | |
|---|---|
| 907000 | COLGATE TPST JR BBLFRT 2.7 FL OZ |
| 907121 | COLGATE BSPW PASTE BRISK MINT 6OZ |
| 907125 | CREST BS N PX WHTE TUBE FRESH MINT 5.7OZ |
| 907160 | CREST 3D WHITE RADIANT MINT 2.7OZ |
| 907165 | CREST ANTI CAVITY PASTE 2.4OZ |
| 907166 | CREST PRO HLTH ORG CLEAN MNT TP 5.1OZ |
| 907170 | COLGATE TRIPLE ACTION 2.5OZ |
| 907312 | CREST COMPLETE W SCOPE MINT TP 5.4OZ |
| 907327 | CREST CAVITY PROTECTION PASTE 5.7OZ |
| 907766 | AH ADV WHITE TP 4.3 FL OZ |
| 907839 | COLGATE MAX FRESH COOL MINT TP 6OZ |
| 907865 | CREST BKING SDA PEROXIDE WHTNG TP 2.4OZ |
| 907872 | CREST COMPLETE SCOPE OUTLAST TP 5.4OZ |
| 907874 | COLGATE CAVITY PROTECTION 2.5OZ |
| 908004 | LISTERINE MTHWSH ORIG AMBER 1LTR |
| 908109 | CREST SCOPE CLASSIC ORGN MINT 1LTR |
| 908114 | SWAN MOUTHWASH GREEN MINT 1LTRR |
| 908123 | CREST MTHWSH PRO HLTH MULTI PRO MNT 1LTR |
| 908465 | SWAN ANTI RINSE AMBER 1. LTR |
| 908466 | SWAN MOUTHWASH COOL MINT 1LTR |
| 910320 | NATUREPLEX TRIPLE ANTIBIOTIC OINTMENT 1 OZ |
| 910321 | THERA PLUS HYDROCORTISONE CREAM 1 OZ |
| 910322 | THERA PLUS ANTI ITCH CREAM 1 OZ |
| 910334 | THERA PLUS CLOTRIMAZLE ANTI FUNGAL CRM .5 OZ |
| 910432 | MEDICS CHOICE ARTIFICIAL TEARS 0.5FL OZ |
| 910721 | SWAN PETROLEUM JELLY 7.5 OZ |
| 910726 | BABY LOVE PETROLEUM JELLY 13OZ |
| 910915 | CLEAR EYE RED POCKT PAL .2OZ |
| 910918 | CLEAR EYES REDNESS RELIEF .5 FL OZ |
| 911033 | DRAMAMINE TABLET 12 CT |
| 911038 | ODOR EATERS FOOT POWDER 6 OZ |
| 911076 | THERA PLUS TOLNAFTATE CREAM .5 OZ |
| 912976 | DESITIN CREAMY OINTMENT 2 FL OZ |
| 913001 | ALEVE TABLET 24CT |
| 913010 | ADVIL PM  CAPLET 20CT |
| 913011 | ALEVE LIQUID GEL 20CT |
| 913028 | MIDOL COMPLETE CAPLET 16 CT |
| 913034 | TYLENOL CLD FLU DAY NGHT CAPLETS 24CT |
| 913102 |  GOOD SENSE EFFERVESCENT ANTACID TAB 36CT |
| 913104 | TYLENOL CHILD ORAL SUSPENSION CHERRY 4FO |
| 913228 | BC POWDER 18CT |
| 913229 | GOODYS POWDER 18 CT |

10/5/23

| | |
|---|---|
| 913232 | QUALITY PLUS PMS FORMULA CAPLET 32CT |
| 913364 | ALEVE CAPLET 24CT |
| 913724 | GOOD SENSE LOW DOSE ASPIRIN 120CT |
| 913996 | BAYER ASPIRIN 325MG TABLET 24CT |
| 914001 | JET ALERT TABLET 30 CT |
| 914109 | GUARDIAN ANTACID EXTRA STRENGTH BERRRY 96CT |
| 914324 | PEPTO BISMOL ORIGINAL  8FL OZ |
| 914726 | GUARDIAN ANTACID REGULAR STRENGTH FRUIT 150CT |
| 914771 | GRANULES ACETAMINPHN ARTHRTS CAP 24CT |
| 915000 | GERICARE MILK OF MAGNESIA CHERRY 12 FL OZ |
| 915208 | QUALITY PLUS LAXATIVE MS SENNOSIDES TABLET 24CT |
| 915221 | QUALITY PLUS WOMENS LAXATIVE BISACODYL 25CT |
| 915623 | GERICARE MILK OF MAGNESIA MINT 12FL OZ |
| 915626 | NATUREPLEX ENEMA 4.5FL OZ 2 PK |
| 915641 | BAYER LOW DOSE TABLET 32CT |
| 916001 | QUALITY PLUS SUDFEDRINE MAX STRNGTH 24CT |
| 916003 | QUALITY PLUS ALLRGY DIPHENHYDRAMINE TABLET 48CT |
| 916058 | QUALITY PLUS ALLRGY DIPHENHYDRAMINE TABLET 48CT |
| 916059 | REFENESEN MUCUS RELIEF DM TBLT 30 CT |
| 916063 | PEPTO BISMOL CHERRY 8FL OZ |
| 916070 | BAYER LOW DOSE 81MG TABLET 120 CT |
| 916074 | PEPTO BISMOL MAX STRENGTH 8 FL OZ |
| 916076 | CHLORASEPTIC SPRAY CHERRY 6 FL OZ |
| 916078 | BAYER 81MG CHEWABLE TABLET 36CT |
| 916081 | LUDENS WILD CHERRY DROPS 30 CT |
| 916082 | ALKA SELTZER ORIGINAL TABLET 36 CT |
| 916916 | QUALITY PLUS SINUS CONGESTION PAIN DAYTIME 24CT |
| 916922 | QUALITY PLUS COUGH COLD HIGH BLOOD PRESSURE TABLET 16CT |
| 916968 | CORICIDIN HBP COLD FLU TABLET 10 CT |
| 916974 | CHLORASEPTIC LOZENGE CHERRY 12 CT |
| 916980 | ALEVE CAPLET 50CT |
| 916986 | TYLENOL EXTRA STRENGTH CAPLET 24 CT |
| 916989 | IMODIUM MULTI SYMPTOM CAPLET 12 CT |
| 917001 | FLEET GLYCERIN SUPPOSITORIES 50 CT |
| 920611 | SWAN MEDICATED CHEST RUB 3.53 OZ |
| 997527 | ORAJEL TOOTHACHE RINSE MINT 8FLOZ |
| 997724 | VICKS ZZZQUIL NGHTTME SLEEP AID 1FLOZ |

10/5/23

| | |
|---|---|
| 997813 | BENADRYL ALLERGY ULTRA TABLETS 100CT |
| 997817 | HYLANDS NATURLS NT LEG CRAMP TAB 16CT |
| 997820 | TYLENOL EXTRA STRENGTH CAPLETS 6CT |
| 997837 | SWAN MAGNESIUM CITRATE LEMON 10FLOZ |
| 997853 | PEPTO BISMOL ULTRA CAPLETS 12CT |
| 997862 | HYLANDS NATURAL LEG CRAMP RELIEF 16CT |
| 997876 | NERVIVE NERVE HEALTH 14CT |
| 997881 | NERVIVE NERVE RELIEF 14CT |
| 997887 | CARMEX MINIS LIP BALM TUBES .18OZ 4PK |
| 997945 | VICKS DAYQUIL NYQUIL HBP 6FLOZ 2PK |
| 997950 | ARC TEETH WHITENING PEN 0.06 FL OZ |
| 997951 | CREST PRO HLTH ADV GUM PROTCTN 5.1OZ |
| 997963 | CREST 3DW BRILLIANCE RINSE 500ML |
| 997998 | CREST KIDS COLOR CHANGING TP 2.9 OZ |
| 998161 | GOODYS COOL ORANGE POWDER 4CT |
| 998178 | DAYQUIL KIDS HONEY 8 FL OZ |
| 998194 | CREST 3DW ARTIC FRESH TWIN 3.8 OZ 2PK |
| 998200 | COLG MAX FRESH COOL MINT TP 6.3 OZ 3PK |
| 998209 | CRST3DW RADIANT MNT TP TWN 3.8 OZ 2PK |
| 998268 | CRST PSTE DNSIFY DAILY WHITEN 4.1OZ |
| 998273 | COLGATE PERXYL AF MOUTH SRE RNSE 8.4FLOZ |
| 998278 | COLGATE OW STAIN FIGHTR TOOTHPASTE 4.2OZ |
| 998281 | COLGATE TRPLE ACTION TOOTHPASTE 6OZ 3PK |
| 998308 | VITA GLOBE ASHWAGANDHA 25MG GMMY 30CT |
| 998325 | VITA GLOBE VITAMIN C 250MG GUMMY 50CT |
| 998349 | VITA GLOBE ELDERBERRY 150MG GMMY 40CT |
| 998578 | VASELINE LT COCOA BUTTER STICK 0.16OZ |
| 998758 | FLINSTONES COMPLETE CHEWABLE TBLTS 40CT |
| 998762 | DRTALBOT TDDLR TTHPSTE BRSH TUTTI FRUTTI |
| 998881 | COLGATE MX FRSH WHTNG CHRCOAL TP 6OZ |
| 998920 | FW MEDICS CHOICE EYE DROPS MAX REDNESS 0.5FL OZ |
| 998925 | ALWAYS FEM WIPES FRESH AND CLEAN 32CT |
| 998933 | VICKS JARABE COUGH CONGESTION 8FLOZ |
| 998935 | MEDIC's CHOICE CONTACT LENS SLUTION 12FLOZ |
| 998959 | VITA GLOBE B12 GUMMY 1000MCG 60CT |
| 998960 | VITA GLOBE BIOTIN 5000MCG GUMY 40CT |
| 998987 | VITA GLOBE MELATONIN 5MG GUMMY 50CT |
| 998988 | VITA GLOBE PRENATAL GUMMY 60CT |
| 999043 | COLGATE OW MOUTHWASH 16 FL OZ |
| 999087 | ORAL B MOUTH SORE RINSE 237ML |
| 999088 | COLGATE OW HIGH IMPACT TP 3OZ |
| 999089 | CREST BSP TRIPLE PACK 17.1OZ |

10/5/23

| | |
|---|---|
| 999090 | TOM ANTIPLAQUE WHITENING TP 5.5 OZ |
| 999091 | CRST GUM ENAML RPR ADV WHTNG TP 2.8OZ |
| 999109 | MYLICON INFANT GAS DROPS 0.5OZ |
| 999246 | HYLANDS 4KIDS COLD MUCUS RELIEF 4FLOZ |
| 999250 | SWAN KIDS MOUTHWASH BUBBLEGUM 18FL OZ |
| 999285 | CREST 3D WHITE STNERSR ICY CLN MNT 3.1OZ |
| 999286 | CREST 3D WHITE STAIN ERASER 3.1OZ TWN PK |
| 999288 | CARMEX CMFRT CRE LIPBLM SHEA .30OZ2PK |
| 999318 | COLGATE ESSENTIALS CHARCOAL PASTE 4.6OZ |
| 999369 | TYLENOL CHILD CC RUNNY NOSE GRAPE 4FL OZ |
| 999381 | GRANULES ACETAMINPHN ARTHRTS CAP 100CT |
| 999383 | COLGATE MAX FRESH KNOCKOUT GEL 6OZ |
| 999392 | ZARBEES NTRL CHILD SLEEP 1MG TABS 30CT |
| 999417 | NEW SKIN LIQUID BANDAGE CLEAR .3FL OZ |
| 999473 | PREMIER FOOT POWDER 7OZ |
| 999482 | METAMUCIL ORANGE SMOOTH SUGAR FREE 6.1OZ |
| 999485 | VICKS SINEX SEVERE NASAL SPRAY .5FL OZ |
| 999488 | VICKS VAPOCOOL DROPS SEVERE 18CT |
| 999498 | COLGATE TTAL CLEANMINT TTHPASTE 4.8OZ |
| 999542 | NYQUIL SEVERE VAPOCOOL LIQUID 8 FL OZ |
| 999543 | GOOD SENSE ORAL PAIN RELIEF 0.5OZ |
| 999553 | JOHNSONS BABY FIRST TOUCH GIFT SET 4PC |
| 999633 | COLGATE OW STAINFIGHTERCLEANMNT4.2OZ 2PK |
| 999749 | CG OPTIC WHITE TP ICY FRESH 3.2OZ |
| 999750 | COLGATE OW STAIN FIGHTER CLEAN MNT 4.2OZ |
| 999760 | CRET PRO HEALTH WHITEN GEL TP 4.6OZ |
| 999762 | SWAN FRESH MINT MOUTHWASH 1LTR |
| 999787 | ALEVE ANALGESIC BACK MUSCLE 24CT |
| 999795 | SALONPAS PATCH WITH LIDOCAINE 2CT |
| 999811 | ZZZQUIL WARMING BERRY 12FL OZ |
| 999812 | PEPTO B  LIQUID ORIGINAL TRAVEL 3.4FL OZ |
| 999839 | BC ARTHRITIS PAIN FAST PAIN RELIEF 24CT |
| 999840 | BENADRYL CHILD ALLERGY CHWBL GRAPE 20CT |
| 999843 | SWAN POVIDONE 4FL OZ |
| 999844 | MYLANTA MAX STRENGTH CLASSIC FLVR 12FLOZ |
| 999845 | GUARDIAN EXTRA STRENGTH SMOOTHIE BERRY FUSION  60CT |
| 999855 | NATUREPLEX ANTIBIOTIC PLUS PAIN AND SCAR OINTMENT 1 OZ |

10/5/23

| | |
|---|---|
| 999937 | A H PEROXICARE MINT PASTE 6OZ |
| 999982 | QUALITY PLUS MENSTRUAL RELIEF COMPLETE 16CT |
| 999983 | ZARBEES NTRL CHLD COUGH MUCUS GRP 4FL OZ |
| 999984 | ZARBEES NTRLS BABY CGH MUCUS GRP 2FL OZ |
| 2001317 | NOXZEMA ULT CLEAR A BLEMISH PAD 90CT |
| 2005103 | SWAN DRY SKIN TREATMENT 1.75FL OZ |
| 2006512 | SUAVE 2N1 MENS CC ANTI DNDRF SHMP 28FLOZ |
| 2008290 | SPASOAP ANTIBACTERIAL ULTRA GOLD 64FLOZ |
| 2024652 | MANE N TAIL 2 IN 1 ANTI DANDRUFF 12FL OZ |
| 2032015 | STRI-DEX MAX ACNE PADS 55CT |
| 2038935 | DAILY RESULTS SHAMPOO T GEL 8.5 FL OZ |
| 2096507 | ACNE FREE TRMINTR 10 SPOT TRTMT 1OZ |
| 2096628 | AMBI NRSHNG DAILY FACIAL MSTURZER 1.7 OZ |
| 2097440 | SPASOAP ANTIBACTERIAL GOLD PUMP 20.2FLOZ |
| 2098068 | DERMASIL TREATMENT DRY SKIN 8OZ |

10/5/23